THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY GILENE.— Preference granted for December 7, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MAY FERGUSSON v. YELLOW TAXI CORPORATION.— Motion for preference denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANDREW CAMPBELL and Others.— Preference granted for December 1, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH ALUTTO and Others.— Preference granted for December 1, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH P. QUINN and Others.— Preference granted for December 1, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of EDMUND J. MACNAMARA, to Vacate and Quash an Alleged Subpœna Duces Tecum Purporting to Have Been Issued by the Attorney-General of the State of New York.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BARNEY ROSSI, as Administrator, etc., of EVELYN ROSSI, Deceased, v. SOLOMON DAUM.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HENRY V. F. PRICE v. EDWARD E. ANDROVETTE.— Motion to dismiss appeal denied on condition that appellant procure appellant's points to be filed within five days from date of entry of order and notice the appeal for argument on or before December 16, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HARRY WARREN v. CLARKE & LESLIE SON SONGS, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed so appeal can be argued on or before December 17, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

NEUMAN H. BORENSTEIN v. ISIDORE SPIEGEL.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before December 10, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JACOB ASHKENAS v. IGOOD REALTY CO., INC.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

VITO BARATTINO v. U-NEED ICE CO., INC., and Others.— Motion to dismiss appeal denied with leave to renew if appellant do not proceed promptly to perfect the appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

VITO BARATTINO v. U-NEED ICE CO., INC., and Others.— Motion to dismiss appeal denied with leave to renew if appellant do not proceed promptly to perfect the appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ABE J. SILVER v. CHARLES MILLER.— Motion to dismiss appeal denied with leave to renew if appellant do not proceed promptly to perfect the appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

VITO PENSAVALLE v. MARIANNA PENSAVALLE.— Motion to dismiss appeal